IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLEN KLEINER AND YURI KLEINER, Plaintiffs, v. RITE AID CORPORATION et al., Defendants. | CIVIL ACTION NO. 17-3975 |

## ORDER

**AND NOW**, this 16th day of October, 2017, upon consideration of Plaintiffs' Motion to Expedite Remand (Doc. No. 7), Defendants Johnson & Johnson and Johnson & Johnson Consumer Companies' Opposition to the Motion to Remand (Doc. No. 13), and Plaintiffs' Reply in Support of the Motion to Remand (Doc. No. 16), **it is HEREBY ORDERED** that:

1. The Motion to Remand (Doc. No. 7) is **GRANTED**;

2. Defendants' Motion to Stay All Proceedings (Doc. No. 6) is **DISMISSED** as moot;

3. This action is **REMANDED** to the Court of Common Pleas of Philadelphia County for all further proceedings; and

4. **The Clerk of Court shall MARK THIS CASE CLOSED for all purposes, including statistics.**

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE